UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LORING SPENCER JONES,
FDOC #103163,

    Plaintiff,

v.                            Case No.:  3:14cv339/MCR/EMT

BRIAN SCHULTZ, et al.,

    Defendants.
_____/

**O R D E R**

    This cause comes on for consideration upon the Chief Magistrate Judge's Report and Recommendation dated August 28, 2014 (doc. 9).  Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of any timely filed objections.

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.    The Chief Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    This action is **DISMISSED WITHOUT PREJUDICE** as malicious and abusive of the judicial process, pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and 28 U.S.C. § 1915A(b)(1).

    3.    The clerk is directed to close this file.

    **DONE AND ORDERED** this 29th day of September 2014.

                                                                          s/ *M. Casey Rodgers*
                                                                     **M. CASEY RODGERS**
                                                                     **CHIEF UNITED STATES DISTRICT JUDGE**